IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SEAN SCOTT ROSS                                                                                    PLAINTIFF

v.                                       Civil No. 6:21-cv-06120

JODI SANSON, M.D.                                                                                DEFENDANT

## REPORT AND RECOMMENDATION
## OF A UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Motion to Reinstate and for Reconsideration.  ECF No. 13.  Plaintiff filed this Motion on December 19, 2022, and Defendant has responded and objects to this Motion.  ECF No. 17.  The Motion to Reinstate was referred to the undersigned for the purpose of making a recommendation on disposition. ECF No. 14.  After consideration of this Motion, the Court finds it is without merit and recommends it be **DENIED.**

In the present action, Plaintiff's case, a medical negligence case, was dismissed without prejudice on October 6, 2021.  ECF No. 12.  In his order dismissing this action, the Honorable Robert T. Dawson dismissed Plaintiff's case for a lack of subject matter jurisdiction.  *Id.*  As Judge Dawson noted, there is no diversity of citizenship in this action pursuant to 28 U.S.C. § 1332 because "both parties are citizens of Hot Springs, Arkansas."  *Id.*  Based upon that finding, Judge Dawson determined "the Court does not have jurisdiction to hear Plaintiff's complaint."  *Id.*

Upon review of Plaintiff's Motion, there has been no change in these facts.  Plaintiff is still suing an individual Defendant domiciled in Arkansas.  *See* ECF Nos. 13, 17.  Thus, there is no diversity of citizenship.  Accordingly, the Court recommends Plaintiff's Petition to Reinstate and for Reconsideration (ECF No. 13) be **DENIED.** [1]

---

[1] This case was originally assigned to Honorable Robert T. Dawson.  Since that time, Judge Dawson has retired, and this case has been reassigned to the Honorable Susan O. Hickey.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.**  *See Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED** this **11th day of January 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE