IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SEAN SCOTT ROSS                                                                                    PLAINTIFF

v.                                          Case No. 6:21-cv-6120

JODI SANSON, M.D.                                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 11, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Petition to Reinstate and for Reconsideration (ECF No. 13) is hereby **DENIED.**

**IT IS SO ORDERED**, this 31st day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge